[No. 19028-5-III.   Division Three.   January 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE LYNETTE BAECHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00452-7, Vic L. VanderSchoor, J., entered January 5, 2000. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 18990-2-III.   Division Three.   January 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS MICHAEL BEZOTTE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00370-9, Carolyn A. Brown, J., entered December 10, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 18762-4-III.   Division Three.   January 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HOWARD CROWE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01075-3, Linda G. Tompkins, J., entered September 22, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19189-3-III.   Division Three.   January 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE NELSON ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-00677-7, Michael W. Leavitt, J., entered March 6, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.